**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                        **CASE NO. 4:19-CR-00258-BSM**

**VICTOR QUANTRILL PORTER, JR.**                                  **DEFENDANT**

## ORDER

The government's motion to dismiss the indictment [Doc. No. 34] filed against

defendant Victor Porter, Jr. is granted.  Pursuant to Federal Rule of Criminal Procedure

48(a), the indictment against Porter is dismissed without prejudice.

IT IS SO ORDERED, this 23rd day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE