# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.               **CASE NO. 4:19-CR-00258-BSM**

**VICTOR QUANTRILL PORTER, JR.**                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered on October 23, 2020, this case is dismissed without prejudice.

IT IS SO ORDERED, this 26th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE